### SEXTON ET UX. vs. BROCK.

APPEAL FROM THE COURT OF THE NINTH DISTRICT, FOR THE PARISH OF CONCORDIA, JUDGE DAVIS PRESIDING.

Judgment entered by consent of both parties, reversing the judgment appealed from and remanding the case for a new trial.

This suit was for a tract of land, alleged to have been wrongfully taken possession of by the defendant. The plaintiff had judgment decreeing her the land, and one thousand six hundred dollars, for the use of it, and the defendant appealed.

CAMPBELL
*vs.*
HIS CREDITORS.

By agreement of counsel and consent filed, the judgment in this case was reversed, and the cause remanded for a new trial, the appellees paying the costs of the appeal.

*Barbour*, for plaintiffs and appellees.

*Farrar*, contra.

*Simon, J.*, delivered the opinion of the court.

In this case, the counsel for both parties have filed their written consent to the reversal of the judgment appealed from, and have 'agreed that it should be remanded for a new trial, the appellees paying the costs of the appeal.

It is, therefore, ordered, adjudged and decreed, that the judgment of the District Court be annulled, avoided and reversed, and that, agreeably to the consent of the parties by their counsel, this case be remanded for a new trial, the appellees paying costs in this court.